IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTEGRA BANK, NATIONAL ASSOCIATION, a national banking association, successor by merger to PRAIRIE BANK AND TRUST COMPANY,

Plaintiff,

v.

NARRAGANSETT PROPERTIES, LLC, an Illinois limited liability company

Defendants.

No. 09 CV 3086
Judge Gettleman
Magistrate Judge Denlow

## AFFIDAVIT OF PROVE UP IN SUPPORT OF JUDGMENT OF FORECLOSURE AND SALE

I, JACK BURKE, being first duly sworn on oath, depose and state as follows:

1. I am competent to testify to matters hereinafter set forth based on my personal knowledge of such matters and, if called to testify in this action, would testify that the following facts are true and correct.

2. I am a Vice-President of Integra Bank, National Association, a national banking association, the Plaintiff in the above-captioned proceeding.

3. I am responsible for the records of certain loan accounts that are in default, including the Note described in the Complaint.

4. I have reviewed the business records of Plaintiff, Integra Bank, National Association, pertaining to the Note at issue in these proceedings, and this Affidavit is based upon a review of said records.

5. The records that I reviewed were kept in the regular and ordinary course of business of Integra Bank, National Association, and the entries made in said records were made contemporaneously with the transactions or other matters recorded.

-2-

6. According to the books and records maintained by Plaintiff, Integra Bank, National Association, the Note which is the subject of the Complaint was executed by Narragansett Properties, LLC ("Borrower"), the proceeds of the loan evidenced by the Note were paid to Borrower, and Borrower is in default under the terms of the Note and at the default rate for the following sums:

| | |
|---|---:|
| Unpaid principal balance | $468,000.00 |
| Interest to December 14, 2009 | 25,025.00 |
| Accumulated late charges | 1,000.00 |
| Appraisal Fee | 175.00 |
| **TOTAL** | **$494,200.00** |

7. That pursuant to the terms of the Note which is the subject of the Complaint, interest continues to accrue at the rate of Eighty-One and 25/100 Dollars ($81.25) per day.

8. Pursuant to the terms of the Note and Mortgage, the Borrower is obligated to pay for the attorney's fees, court costs, title costs and other expenses which Plaintiff has been and will be required to expend in the prosecution of this foreclosure. The total amounts now due and owing to Plaintiff for such expenses are as follows:

| | |
|---|---:|
| Clerk's Fee | $350.00 |
| Service of Summon | 55.00 |
| Recording Lis Pendens Notice | 48.00 |
| Title Charges | 895.00 |
| Reasonable Attorney's Fees | 9,125.00 |
| **TOTAL** | **$10,473.00** |

9. The total amount due to Plaintiff is the sum of **$504,673.00**.

-3-

FURTHER AFFIANT SAYETH NOT.

                                                        JACK BURKE
                                                        Vice-President
                                                        INTEGRA BANK, NATIONAL ASSOCIATION

SUBSCRIBED AND SWORN TO before me this
15th day of December, 2009.

_____
NOTARY PUBLIC

> OFFICIAL SEAL
> CONSTANCE M. KEARNEY
> NOTARY PUBLIC STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-3-2010

Richard C. Jones, Jr. Esq.
ARDC #03125667
Tina M. Jacobs, Esq.
ARDC #06190255
JONES & JACOBS
77 West Washington St.
Suite 2100
Chicago, Illinois 60602
(312) 419-0700